### Hobart ag\* Mosely

Josiah Hobart formerly Ma$^r$ of the Ship Golden Falcon plaint. ag\* Rich$^d$ Mosely then Owner of one quarter part of s$^d$ Ship D: in an action of reveiw of an action tryed at a County Court held at Boston the. 27th Octob$^r$ 1674. between the s$^d$ Mosely & s$^d$ Hobart, whereby s$^d$ Mosely obtained a judgem\* ag\* the saide Hobart to his damage, w$^{th}$ all other due damages according to attachm\* dat. Octob$^r$ 14$^o$ 1675. . . . The Jury . . . founde for the Defend\* costs of Court being ten Shillings.

### Hobart ag\* Mosely

Josiah Hobart formerly Ma$^r$ of the Ship Golden Falcon plaint. ag\* Richard Mosely formerly Owner of a quarter part of the s$^d$ Ship Defend\* in an action of debt to the value of ten pounds thirteen Shillings & four pence in mony due to the saide Hobart for a quarter part of the wages of himselfe & his Servant in the s$^d$ Ship from the begining of May. 1673. till the last of October which is Six months & was till the time [ 345 ] of the s$^d$ Ship began her voyage from Barbados & bound for London which s$^d$ Summe the s$^d$ Mosely oweth to the s$^d$ Hobart as hee was then owner of one quarter part of the s$^d$ Ship & s$^d$ Hobart Ma$^r$ of her with all other damages according to attachm\* dat. Octob$^r$ 14$^o$ 1675. . . . The Jury . . . founde for the Defend\* costs of Court: The plaint. appealed from this judgement unto the next Court of Assistants, and himselfe principall in £.5. & Jn$^o$ Woodmansey & Ephraim Turner Sureties in Fifty Shillings apeice acknowledged themselues respectiuely bound to . . . prosecute his appeale . . .